*In re* CARLOS MANZANO VELÁZQUEZ.

*Número:* 3296      *Resuelto:* 28 de abril de 1995

*Govén D. Martínez Surís,* Director de la Oficina de Inspección de Notarías; *Carlos Manzano Velázquez, pro se.*

## RESOLUCIÓN

Vistos el Informe del Director de la Oficina de Inspección de Notarías de 31 de marzo de 1995 y la Moción Informativa de 11 de abril de 1995 de Carlos Manzano Velázquez, *se le reinstala en esta etapa solamente al ejercicio de la abogacía.*

Lo acordó el Tribunal y certifica el señor Secretario General

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*